# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA,

    Plaintiff,

v.

ADFUZE, INC.,

    Defendant.

Case No. 2:23-cv-00348-DSC

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, AdFuze, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: July 7, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*

**SO ORDERED:**

Dated: July 10, 2023

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge