**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT JAHODA,

    Plaintiff,

v.

ADFUZE, INC.,

    Defendant.

Case No. 2:23-cv-00348-DSC

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant AdFuze, Inc.

Dated: August 30, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*

**SO ORDERED:**
Date: August 31, 2023

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge